IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KHADIJAH TOWNSEND, ADMINISTRATOR OF THE ESTATE OF RICHARD TOWNSEND,<br><br>Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC., JAMES MINSHULL, M.D., JEFFREY HOUK, REBECCA WATTERSON, BUTLER COUNTY, WILLIAM L. MCCARRIER, A. DALE PINKERTON, JAMES ECKSTEIN, RICHARD SHAFFER, MARK BISHOP and JOHN STOJKA,<br><br>Defendants. | Civil Action No. 2:16-cv-01428-NBF<br><br>JUDGE NORA BARRY FISCHER |

**ORDER OF COURT**

AND NOW, this 20th day of April, 2017, it is hereby ORDERED, ADJUDGED and DECREED that the Stipulation of Voluntary Dismissal filed by the parties is approved in full. It is ORDRED that all of the claims asserted by Plaintiff against Defendants, WILLIAM L. MCCARRIER, A. DALE PINKERTON, JAMES ECKSTEIN and RICHARD SHAFFER in this matter are dismissed with prejudice. Their names shall be removed from the caption of further pleadings in this case.

BY THE COURT:

*Nora Barry Fischer*, J.

{W0107265.1}