IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KHADIJAH TOWNSEND, Administrator of the Estate of Richard Townsend, | ***FILED ELECTRONICALLY*** |
| | CIV. ACTION NO. 2:16-CV-1428 |
| Plaintiff, | Judge Nora Barry Fischer |
| vs. | |
| WEXFORD HEALTH SOURCES, INC., JAMES MINSHULL, M.D., JEFFREY HOUK, REBECCA WATTERSON, BUTLER COUNTY, WILLIAM L. McCARRIER, A. DALE PINKERTON, JAMES ECKSTEIN, RICHARD SHAFFER, MARK BISHOP AND JOHN STOJKA, | |
| Defendants. | |

## STIPULATION OF PARTIAL DISMISSAL

Now come the parties, by their counsel, and agree that the following named Defendants are dismissed from this action, with prejudice: James Minshull, M.D., Jeffrey Houk, PA-C, Rebecca Watterson, R.N., Mark Bishop, and John Stojka.

This action is not dismissed and remains pending as to the remaining Defendants, Wexford Health Sources, Inc., and Butler County, Pennsylvania.

WHEREFORE, the parties jointly request the entry of the accompanying Order.

Respectfully submitted,

BY:   /s/Joshua P. Geist                    BY:   /s/ Samuel H. Foreman
Joshua P. Geist, Esquire                             Samuel H. Foreman, Esquire
josh@goodrichandgeist.com                 sforeman@wglaw.com

Goodrich & Geist, P.C.                                WEBER GALLAGHER SIMPSON
3634 California Avenue                               STAPLETON FIRES & NEWBY, LLP
Pittsburgh, PA 15212                                  Four PPG Place
                                                                      5th Floor
                                                                      Pittsburgh, PA 15222


                                                                    BY:   /s/ Michael R. Lettrich
                                                                    Michael R. Lettrich, Esquire
                                                                    mlettrich@jonespassodelis.com

                                                                    JONES PASSODELIS PLLC
                                                                    Gulf Tower, Suite 3510
                                                                    707 Grant St.
                                                                    Pittsburgh, PA 15219

## **CERTIFICATE OF SERVICE**

    I, Samuel H. Foreman, Esquire, hereby certify that on this date a true and correct copy of the foregoing **STIPULATION OF PARTIAL DISMISSAL** was served on all counsel of record by CM/ECF notice

                                                           /S/ Samuel H. Foreman
                                           Samuel H. Foreman, Esquire

Dated:       11/02/2017