UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHADIJAH TOWNSEND, ADMINISTRATOR OF THE ESTATE OF RICHARD TOWNSEND, | ) ) ) ) | Civil Action No. 16-1428 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WEXFORD HEALTH SOURCES, INC., and BUTLER COUNTY, | ) ) ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS AGAINST WEXFORD HEALTH SOURCES, INC., AND BUTLER COUNTY**

AND NOW, comes plaintiff, and by stipulation of all parties, pursuant to F.R.Civ.P. 41(a)(1)(ii) and hereby stipulates to the dismissal of all claims against Wexford Health Sources, INC., and Butler County with prejudice.


Respectfully submitted,

Goodrich & Geist, PC

By:     /s/ Joshua P. Geist
            Joshua P. Geist, Esquire
            Goodrich & Geist, PC
            josh@goodrichandgeist.com
(Counsel for Plaintiff Khadijah Townsend Administrator of the Estate of Richard Townsend)


Weber Gallagher

By:     /s/ Samuel H. Foreman
            Samuel H. Foreman, Esquire
            Weber Gallagher
            sforeman@wglaw.com
(Counsel for Wexford Health Sources, James Minshull, MD, Jeffrey Houk, and Rebecca Watterson)

Jones Passodelis, PLLC

By:     /s/ Michael R. Lettrich
            Michael R. Lettrich, Esq.
            Jones Passodelis, PLLC
            mlettrich@jonespassodelis.com
(Counsel for Butler County, William L. McCarrier, A. Dale Pinkerton, James Eckstein, Richard Shaffer, Mark Bishop and John Stojka)